# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 23, 2025

**CASE OF:** In Re: Amendments to Florida Rules of Civil Procedure

**DOCKET NO.:** SC2023-0962

**OPINION FILED:** December 5, 2024

### ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 5, lines 8-11, "[a] party may not seek discovery from any source before that party's initial disclosure obligations are satisfied, except when authorized by these rules, by stipulation, or by court order." is now changed to "[a] party may not seek discovery from any source before that party's initial disclosure obligations are satisfied, except when authorized by stipulation or by court order."

On p. 32, lines 5-8, "A party may not seek discovery from any source before that party's initial disclosure obligations are satisfied, except when authorized by these rules, by stipulation, or by court order." is now changed to "A party may not seek discovery from any source before that party's initial disclosure obligations are satisfied, except when authorized by stipulation or by court order."

On p. 46, lines 17-19, "that the movant failed to certify in the motion that a good faith effort was made to obtain the discovery without court action," is now struck-through.

On p. 46, line 20, the comma after "justified" is now struck-through.

On p. 49, lines 18-23, "Any motion specifying a failure under clause (2) or (3) of this subdivision shall include a certification that the movant, in good faith, has conferred or attempted to confer with the

party failing to answer or respond in an effort to obtain such answer or response without court action." is now struck-through.

On p. 49, line 24, "(3)" is now changed to "(2)".

On p. 49, line 29, "(4)" is now changed to "(3)".


**SIGNED:  OPINION CLERK**